UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARRIE BEETS,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>T-MOBILE US INC,<br><br>　　　　　　Defendant. | CASE NO. 2:25-cv-00335-TL<br><br>ORDER RE-NOTING MOTION TO COMPEL ARBITRATION |

　　　The Court has considered Defendant T-Mobile USA, Inc.'s Motion to Vacate or Re-Note Plaintiff's Improperly Noted Motion. Dkt. No. 18. Having considered the briefing, the Court finds that, pursuant to LCR 7(d)(4), Plaintiff improperly noted her Motion to Compel Arbitration (Dkt. No. 16) for March 5, 2025. Under Local Civil Rule 7(d)(4), Plaintiff's Motion must be noted for a date no earlier than 28 days after filing.

Accordingly, T-Mobile's motion is GRANTED. The noting date on Plaintiff's Motion is hereby VACATED and the Clerk is directed to re-note Plaintiff's Motion in accordance with the Local Civil Rules to March 28, 2025.

Dated this 4th day of March 2025.

Tana Lin
United States District Judge