# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARRIE BEETS

Plaintiff,

v.

T-MOBILE USA, INC.

Defendant.

**CORRECTED JUDGMENT IN A CIVIL CASE**

CASE NUMBER 2:25-cv-00335-TL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's case is DISMISSED without prejudice for lack of subject matter jurisdiction (Dkt. No. 30) and for failure to prosecute under Federal Rule of Civil Procedure 41(b) (Dkt. No. 31).

Dated January 12, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Kadya Peter*
Deputy Clerk